United States District Court
Southern District of Texas
**ENTERED**
May 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDAR JOSAEL ESPINAL SALMERON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-1916 |
| | § | |
| WARDEN, JOE CORLEY PROCESSING | § | |
| CENTER, *et al.* | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Petitioner Edar Josael Espinal Salmeron filed a notice of voluntary dismissal (Dkt. 7) and states that he was granted voluntary departure in immigration court and waived appeal.  Pursuant to the petitioner's notice, this action is **DISMISSED** without prejudice under Federal Rule of Civil Procedure 41(a).

All pending motions are **DENIED** as moot.

The Clerk will provide a copy of this order to the parties.

 SIGNED at Houston, Texas on May 21, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE